UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-884-MOC

| | |
|---|---|
| DANIEL T. GONDERE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ) | |
| ALEJANDRO MAYORKAS, ) | |
| In his official capacity, Secretary, ) | |
| U.S. Dep't of Homeland Security, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants' Unopposed Motion to Dismiss this action in its entirety without prejudice as moot, pursuant to Federal Rule of Civil Procedure 12(b)(1). (Doc. No. 11). As Defendants explain in the motion, since the filing of the Complaint, U.S. Citizenship and Immigration Services ("USCIS") has approved Plaintiff's Application for Adjustment of Status (Form I-485) ("Application"), thereby resolving the sole count alleged in the Complaint. (See Ex. A (redacted I-485 approval notice).).

Defendants' Motion to Dismiss, (Doc. No. 11), is **GRANTED**, this action is dismissed without prejudice as **MOOT**, and the Clerk is instructed to close this case.

**IT IS SO ORDERED**.

Signed: November 18, 2024

Max O. Cogburn Jr.
United States District Judge